

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-59,201-03

**EX PARTE RICHARD VASQUEZ, Applicant**

## ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS AND MOTION TO STAY THE EXECUTION IN CAUSE NO. 98-CR-0730-E IN THE 148TH JUDICIAL DISTRICT COURT
## NUECES COUNTY

*Per curiam.*  KELLER, P.J., and MEYERS, J., would deny the stay.

### O R D E R

This is a subsequent application for a writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure Article 11.071 § 5 and a motion for a stay of execution.

In June 1999, a jury found applicant guilty of the offense of capital murder. The jury answered the special issues submitted pursuant to Texas Code of Criminal Procedure Article 37.071, and the trial court, accordingly, set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Vasquez v. State*, No. AP-

73,461 (Tex. Crim. App. Oct. 3, 2001)(not designated for publication). This Court denied relief on applicant's initial post-conviction application for a writ of habeas corpus, and it dismissed a subsequent writ application in the same order. *Ex parte Vasquez*, Nos. WR-59,201-01 and WR-59,201-02 (Tex. Crim. App. Jan. 26, 2005)(not designated for publication).

On April 15, 2015, applicant filed in the trial court this his second subsequent application for a writ of habeas corpus. The Court now orders applicant's execution stayed pending further order of this Court.

IT IS SO ORDERED THIS THE 20TH DAY OF APRIL, 2015.

Do Not Publish